

**NUMBER 13-19-00316-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF A.G. AND C.M.G, CHILDREN.

---

On appeal from the 398th District Court
of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Perkes
Memorandum Opinion by Justice Longoria**

Appellant Arthur Fred Garza appealed a default judgment establishing the parent-child relationship entered by the 398th District Court of Hidalgo County, Texas in cause number F-4874-18-I. On July 24, 2019, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee. *See id.* R. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed.  *See id.* R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

NORA L. LONGORIA
Justice

Delivered and filed the
19th day of September, 2019.